# United States Court of Appeals for the Federal Circuit

---

January 29, 2024

**ERRATA**

---

Appeal No. 2022-1766

**B.H. AIRCRAFT COMPANY INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, GENERAL ELECTRIC COMPANY, DBA GE EDISON WORKS,**
*Defendants-Appellees*

---

Decided: January 2, 2024
Precedential Opinion

---

Please make the following change:

On page 5, replace "established by the Contract Disputes Act.  41 U.S.C. § 7107(b)(2)(A)" with "codified at 5 U.S.C. § 706.  28 U.S.C. § 1491(b)(4)"